UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 22-01826-JAK (DFM) | Date: | July 7, 2022 |
|---|---|---|---|
| Title | George Alexander Lugo v. City of Redondo Beach et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause; Order re: Plaintiff's Motion to Strike (Dkt. 15)

In March 2022, Plaintiff filed a civil rights complaint against the Cities of Redondo Beach and Hermosa Beach, the police departments of those two cities, Officers Monteihl and Weaver, private citizen Steven Wood, and an unspecified number of John Doe Defendants. See Dkt. 1 ("Complaint") at 1.

In April 2022, Plaintiff filed proofs of service upon the City of Redondo Beach, the Redondo Beach Police Department, and Officers Monteihl and Weaver. See Dkts. 6-9. Now, however, more than 3 months after the Complaint was filed, there is no record that Plaintiff has properly served the City of Hermosa Beach, the Hermosa Beach Police Department, or Steven Wood.

Rule 4(m) of the Federal Rules of Civil Procedure provides, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

**Accordingly, Plaintiff is ordered to show good cause in writing within twenty-one (21) days of the date of this order why his claims against the unserved Defendants should not be dismissed for lack of prosecution.** The Court will consider the filing of proofs of service of summons and complaint upon the yet-unserved Defendants as sufficient to discharge this order. Failure to respond to this order will result in a recommendation that Plaintiff's claims against those Defendants be dismissed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Additionally, the Court has received Plaintiff's Motion to Strike the Answer filed by Defendants City of Redondo Beach, the Redondo Beach Police Department, and Officer Monteihl. See Dkts. 15 (Motion to Strike), 10 (Answer). Plaintiff's Motion to Strike was filed on May 26, 2022. See Dkt. 15.

**If Defendants City of Redondo Beach, Redondo Beach Police Department, and Officer Monteihl oppose Plaintiff's Motion to Strike, they are ordered to file and serve their opposition within twenty-one (21) days of the date of this order**. The failure to file a timely opposition may be deemed as consent to the granting of the motion. See Local Rule 7-12. Any reply by Plaintiff will be due within **fourteen (14) days** of service of the opposition. The Court will take Plaintiff's motion under submission as of the due date for the reply and will decide the motion without a hearing. See Local Rule 7-15.