UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-01826-JAK-DFM | Date: | September 19, 2022 |
|---|---|---|---|
| Title | George Alexander Lugo v. City of Redondo Beach, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On July 7, 2022, this Court ordered Plaintiff to show cause why his claims against the following Defendants should not be dismissed for failure to serve those Defendants within 90 days of the filing of Plaintiff's complaint, as required under Rule 4(m) of the Federal Rules of Civil Procedure: City of Hermosa Beach, Hermosa Beach Police Department, and Steven Wood. See Dkt. 17 ("Order").

The same day, Plaintiff filed a completed waiver of service by Defendant Wood. See Dkt. 18. Plaintiff then filed a response to the Order on July 20, 2022. See Dkt. 19 ("Response"). In the Response, Plaintiff asserts that service of the complaint on Defendant Wood was timely. See id. He also states, "As far as the rest of the unserved Defendants I do accept to elect to dismiss all claims against those unserved Defendants due to lack of evidence to prove a preponderance of the evidence." Id. at 2.

On July 29, 2022, Plaintiff filed a notice of settlement indicating that Plaintiff and Defendant Wood were preparing a written settlement agreement, see Dkt. 21, and on August 30, 2022, Plaintiff filed a notice of dismissal of his claims against Defendant Wood, see Dkt. 23.[1] However, to date, Plaintiff has not filed a notice of dismissal of his claims

---

[1] Plaintiff's notice of dismissal contains an error. See Dkt. 23. Although the form Plaintiff used (form CV-09) instructed Plaintiff to "check one" box from a list of five options, Plaintiff checked the box for two of these five options: He checked the box for the first option, which reads, "This action is dismissed by the Plaintiff(s) in its entirety." See id. He also checked the box for and filled in the blanks for the fifth option, which reads, "ONLY Defendant(s) Steven Wood is/are dismissed from [the Complaint] brought by George Alexander Lugo." See id. Plaintiff has not otherwise indicated to the Court that he intends to dismiss this action in its entirety. Accordingly, the Court construes Plaintiff's notice of dismissal as electing to dismiss only his claims against Defendant Wood.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

against the yet-unserved Defendants, City of Hermosa Beach and Hermosa Beach Police Department.

**Plaintiff is thus ordered to show good cause, in writing, within fourteen (14) days of the date of this order why his claims against the unserved Defendants should not be dismissed for lack of prosecution.** The Court will consider the filing of a notice of dismissal against the unserved Defendants as sufficient to discharge this order. Failure to respond to this order will result in a recommendation that Plaintiff's claims against those Defendants be dismissed.

:

Initials of Preparer     nb