UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ALEXANDER LUGO,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF REDONDO BEACH; REDONDO BEACH POLICE DEPARTMENT; CITY OF HERMOSA BEACH; HERMOSA POLICE DEPARTMENT; OFFICER MONTEIHL, OFFICER WEAVER, STEVEN WOOD, DOE DEFENDANTS,<br><br>Respondents/Defendants. | No. 2:22-CV-01826-JAK-DFM<br><br>**ORDER RE JOINT STIPULATION (DKT. 31)**<br><br>**JS-6** |

1

Based on a review of the parties' Joint Stipulation (the "Stipulation" (Dkt. 31)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This entire action is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: February 13, 2023

                                          John A. Kronstadt
                                          United States District Judge